# United States Court of Appeals for the Fifth Circuit

———————

No. 25-50546
Summary Calendar

———————

United States Court of Appeals
Fifth Circuit

**FILED**

July 8, 2026

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Mark Martinez,

*Defendant—Appellant*.

———————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:23-CR-605-1

———————————————————

Before Haynes, Graves, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

Mark Martinez pleaded guilty to numerous charges involving the sexual abuse of a child; the receipt, distribution, and possession of child pornography; and sex offender notification offenses. He subsequently filed a motion to withdraw his guilty plea, which the district court denied without a hearing. Martinez appeals that denial.

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50546

We review a district court's denial of a defendant's motion to withdraw a guilty plea for an abuse of discretion. *United States v. Lord*, 915 F.3d 1009, 1013-14 (5th Cir. 2019). Our review of the record, Martinez's arguments, and the district court's consideration of the factors in *United States v. Carr*, 740 F.2d 339, 343-44 (5th Cir. 1984), establishes that the district court did not abuse its discretion in denying Martinez's motion. *See Lord*, 915 F.3d at 1013-14. Furthermore, the court did not abuse its discretion in doing so without an evidentiary hearing. *See United States v. Harrison*, 777 F.3d 227, 234 (5th Cir. 2015); *United States v. Powell*, 354 F.3d 362, 370 (5th Cir. 2003).

AFFIRMED.